REMA V. MORRISON, as Administratrix of the Estate of KENDRICK W. MORRISON, Deceased, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

Argued October 3, 1939; decided October 17, 1939.

*Irving W. Young, Jr., N. H. Egleston, Hugh N. Wells* and *Charles T. Russell* for appellant.

*George A. Garvey, August P. Klein* and *Victor A. Javarone* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.